**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THERESA BROWLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:10-cv-04130 |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC. | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, THERESA BROWLEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipate will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
 Adam T. Hill
 Attorneys for Plaintiff
 Krohn & Moss, Ltd.
 120 W. Madison St., 10th Floor
 Chicago, IL 60602
 Phone: (323) 988-2400 ext 238
 Fax: (866) 870-0941
 E-Mail: ahill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I, Adam T. Hill certify that a true and correct copy of the foregoing was served upon Thomas Novak, 155 Mid Atlantic Parkway, Thorofare NJ 08086, tnovak@arm1.com via ELECTRONIC MAIL on July 29, 2010.

By:  /s/ Adam T. Hill
      Adam T. Hill
      Attorney for Plaintiff