## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Theresa Browley

                                                Plaintiff,

v.                                                                      Case No.: 1:10–cv–04130
                                                                     Honorable Milton I. Shadur

Accounts Receivable Management, Inc.

                                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, August 20, 2010:

      MINUTE entry before Honorable Milton I. Shadur:Civil case terminated. Only plaintiff's oral motion this action is dismissed without costs with leave to reinstate or move to enforce the settlement agreement on or before October 1, 2010. Absent a timely filed motion this dismissal will become with prejudice on October 4, 2010. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.